ROBERT J. TUERCK (Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

ANDREW L. PACKARD (Bar No. 168690)
ERIK M. ROPER (Bar No. 259756)
HALLIE B. ALBERT (Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>NORTHSTATE RECYCLING, a California corporation, and WILLIAM SHORT, an individual<br><br>　　　　　　Defendants. | Case No. 2:10−CV−01688-WBS −EFB<br><br>**STIPULATION AND ORDER TO APPROVE AMENDED CONSENT AGREEMENT**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

TO THE COURT:

　　Plaintiff California Sportfishing Protection Alliance ("PLAINTIFF" or "CSPA"), and Defendants Northstate Recycling ("NORTHSTATE") and William Short ("SHORT"),[1] (collectively, the "Parties") stipulate as follows:

---

[1] Unless otherwise noted, NORTHSTATE and SHORT shall be referred to collectively herein as "DEFENDANTS."

1  **WHEREAS**, on or about April 28, 2010, CSPA provided DEFENDANTS with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

4  **WHEREAS**, on July 1, 2010, CSPA filed its Complaint against DEFENDANTS in this Court, *California Sportfishing Protection Alliance v. Northstate Recycling, et al.*, (USDC, E.D. Cal., Case No. 2:10−CV−01688-WBS −EFB) and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter dated April 29, 2010;

8  **WHEREAS**, CSPA and DEFENDANTS, resolved the allegations of CSPA as set forth in the Clean Water Act Notice Letters and Complaint, in full, by way of settlement memorialized in a Consent Agreement;

11  **WHEREAS**, pursuant to 40 C.F.R. § 135.5, the the U.S. EPA and the U.S. Department of Justice submitted a letter to the Court on May 2, 2011 stating that the agencies had no objection to the Consent Agreement has been completed without by the agencies;

14  **WHEREAS**, the Court signed a stipulation and order approving the May 2, 2011 Consent Agreement on May 6, 2011;

16  **WHEREAS**, the Defendants have not complied with the requirements of the May 2, 2011 Consent Agreement;

18  **WHEREAS**, the parties resolved their disputes arising from the Defendants failure to comply with the requirements of the May 2, 2011 Consent Agreement through a meet and confer process that resulted in the Amended Consent Agreement attached hereto and incorporated herein as Exhibit 1; and

22  **WHEREAS**, the Parties submitted the Amended Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") for review pursuant to 40 C.F.R. § 135.5, and that said review has been completed without objection by the agencies.

26  //

27  ///

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE PARTIES**:

1.   That the Court be requested to approve the Amended Consent Agreement attached hereto and incorporated herein as Exhibit 1, and enter judgment therewith.

2.   That this Court be requested to retain and have jurisdiction over the Parties throughout the duration of the Amended Consent Agreement for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Amended Consent Agreement.

DATED:  April 22, 2013                JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DATED:  April 22, 2013                WELLS, SMALL, FLEHARTY & WEIL

/s/ Bartley S. Fleharty (as approved on 04/22/2013)
Bartley S. Fleharty
Attorney for Defendants
NORTHSTATE RECYCLING AND WILLIAM SHORT

**ORDER**

**WHEREAS**, the Parties have consented to entry of the foregoing Amended Consent Agreement and requested the Court's approval and entry thereof; and

**WHEREAS**, pursuant to 33 U.S.C. § 1365(c)(3), the Parties submitted the Amended Consent Agreement to the United States Attorney General and the Administrator of the United States Environmental Protection Agency and the review has been completed without objection by the agencies;

**WHEREAS**, the Court has reviewed the Amended Consent Agreement and fully considered the Parties' request to enter this Amended Consent Agreement as an order; and

**WHEREAS**, the Court finds the Amended Consent Agreement to be: (1) fair, adequate and reasonable; (2) consistent with applicable laws; and (3) protective of the public interest; and

**WHEREAS**, good cause appearing therefore,

1. IT IS ORDERED that the Amended Consent Agreement attached to the Parties' Stipulation to Approve Amended Consent Agreement as **Exhibit A** is hereby approved and judgment is entered in accordance therewith;

2. IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Amended Consent Agreement.

IT IS SO ORDERED.

Dated: April 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO        CASE NO. 2:10-CV-01688-WBS-EFB
APPROVE AMENDED CONSENT AGREEMENT